JOSEPH GORDON, Respondent, v. AUTOMOBILE CLUB OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOSEPH HYLAND v. ALICE HYLAND.— Motion to dismiss appeal granted unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

ELLIOTT L. BROWN v. DENVER REALTY COMPANY and Others.— Motion for stay of payment granted upon giving proper security, but not of proceedings to resettle the order, etc. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

WOLF KARNIS v. ZALMEN TURETZKY.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

FRENCH OVER-SEAS CORPORATION v. FIVE CONTINENTS CORPORATION and Others.— Motion for stay denied, with ten dollars costs, and temporary stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

HARRY BAUMAN v. NORFOLK AND WESTERN RAILWAY COMPANY.— If the defendant will print the necessary papers with speed, so that the appeals from the order and the judgment may be promptly heard, this motion is granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

SALEMBIER-LEVIN & Co., INC., Respondent, v. NORTH ADAMS MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

SALEMBIER-LEVIN & Co., INC., Respondent, v. NORTH ADAMS MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

. ROSE ZENTNER, Respondent, v. ISAAC ZENTNER, Appellant.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

EUGENE E. LIGNANTE, Appellant, v. THOMAS H. KITE-POWELL, Respondent.— Order modified as stated in order, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

HARRY POTTASH and Another, Copartners, etc., Respondents, v. GILBERT C. HALSTED and Another, Copartners, etc., Appellants.— Order modified by confining the examination to the allegations of the 3d paragraph of the complaint as set forth in the order dated October 30, 1919, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Philbin, JJ.

NICOLAS KOMOW, Respondent, v. SIMPLEX CLOTH CUTTING MACHINE Co., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the